IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01591-WYD-OES

HUNTWISE, INC., a Louisiana Corporation,

    Plaintiff,

v.

MAT SPORTS, L.L.C., a Colorado Limited Liability Company, d/b/a KODIAK ISLAND SERIES,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on a review of the file.  By Order dated June 9, 2004, the Court affirmed and adopted a Recommendation of Magistrate Judge Schlatter to grant Plaintiff's Motion for Preliminary Injunction.  Pursuant to that Order, Defendants were restrained and enjoined from the manufacture, use, sale, offering for sale, or importation of spinning wing decoy products in and to the United States.  The Court's ruling on the preliminary injunction was appealed to the United States Court of Appeals for the Federal Circuit in July 2004.

On July 12, 2004, the parties filed a status report indicating that once the Federal Circuit ruled on the appeal, "the parties will likely resume litigation in the District Court."  Status Report at 2.  On April 13, 2005, the Federal Circuit issued a Mandate affirming the decision of this Court.  No action has been taken in this case since that Mandate. Accordingly, it is

ORDERED that the parties shall file a status report by **Friday, November 11, 2005**, indicating what action needs to occur in this case, including whether the case needs to be set for trial and/or whether the case can be administratively closed and/or dismissed.

Dated: November 2, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge