IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01591-WYD-OES

HUNTWISE, INC., a Louisiana Corporation,

    Plaintiff,

v.

MAT SPORTS, L.L.C., a Colorado Limited Liability Company, d/b/a KODIAK ISLAND SERIES,

    Defendant.
_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court on a review of the file.  The Court was previously advised by telephone that a settlement had been reached in this case.  Accordingly, a Markman hearing that had been tentatively set before the Court was vacated.  To date, nothing has been filed by the parties as to the settlement or the status of same. Accordingly, the parties shall file a status report by **Friday, March 24, 2006**.

    Dated:  March 14, 2006

                                    s\ Sharon Shahidi
                                    Law Clerk to
                                    Wiley Y. Daniel
                                    U.S. District Court