IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01591-WYD-OES

HUNTWISE, INC., a Louisiana Corporation,

    Plaintiff,

v.

MAT SPORTS, L.L.C., a Colorado Limited Liability Company, d/b/a KODIAK ISLAND SERIES,

    Defendant.

_____

**ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before the Court on a review of the Status Report filed March 24, 2006.  The parties advise in the Report that the parties have agreed to settlement in principle and are negotiating the settlement agreement, which includes a Consent Judgment.  The parties further state that they believe the Consent Judgment will be submitted no later than April 30, 2006.

    In accordance with the parties' request for additional time to complete the settlement, the parties are given up to and including **Monday, May 1, 2006**, to file the Consent Judgment.  In the alternative, if a settlement has not yet been finalized by that date, the parties shall file a status report by May 1, 2006.

    Dated:  March 24, 2006

                                      s\ Sharon Shahidi
                                      Law Clerk to
                                      Wiley Y. Daniel
                                      U.S. District Court