IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01591-WYD-MEH

HUNTWISE, INC.,

    Plaintiff,

v.

MAT SPORTS, LLC,
    d/b/a Kodiak Island Series,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2009.**

    Plaintiff's Verified Motion for Award of Attorneys' Fees [filed January 12, 2009; docket #97] is **denied without prejudice** with leave to re-file, for failure to comply with D.C. Colo. LCivR 54.3. Plaintiff shall re-file its Motion on or before **March 5, 2009**.