IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01591-WYD-MEH

HUNTWISE, INC., a Louisiana Corporation,

    Plaintiff,

v.

MAT SPORTS, L.L.C., a Colorado Limited Liability Company, d/b/a KODIAK ISLAND SERIES,

    Defendant.

**ORDER AFFIRMING AND ADOPTING THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

THIS MATTER is before the Court on Plaintiff's Verified Amended Motion for Award of Attorneys' Fees (docket #101), filed March 5, 2009.  The motion was referred to Magistrate Judge Michael E. Hegarty for a recommendation by Order of Reference dated March 30, 2009.  Magistrate Judge Hegarty issued a Recommendation on April 6, 2009, that the above referenced motion be granted in part and denied in part.  (Recommendation at 1.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation.  (Recommendation at 11.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").  Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Hegarty is sound and that there is no clear error on the face of the record.  *See* Fed. R. Civ. P. 72(a).  I agree that the above referenced motion should be granted in part and denied in part.  Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Hegarty (docket # 103) dated April 6, 2009, is **AFFIRMED** and **ADOPTED**.  In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Verified Amended Motion for Award of Attorneys' Fees (docket #101), filed March 5, 2009, is **GRANTED IN PART AND DENIED IN PART** and that Plaintiff be awarded $3295.00 in reasonable attorney fees as stated in the Recommendation.

Dated:  April 27, 2009

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge